

**SO ORDERED.**

**SIGNED this 31 day of July, 2009.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Richard Stair Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TENNESSEE

| IN RE: | * | |
|---|---|---|
| | * | |
| **RITA LANETTE CROFT,** | * | **CASE NO. 09-32951** |
| | * | **CHAPTER 7 BANKRUPTCY** |
| Debtor. | * | |

### AGREED ORDER OF ABANDONMENT

It appearing to the Court that Debtor is the owner of a 2006 Dodge Dakota; that this property is encumbered by a lien held by Eastman Credit Union under credit and security agreement dated March 24, 2008, and disbursement receipt dated March 24, 2008; that the Debtor's interest in this vehicle is of inconsequential value or benefit to the estate; and that the Debtor wishes to surrender the property; and the parties having agreed to the entry of this order, it is therefore ORDERED that:

1. The said personal property should be and hereby is abandoned as an asset

burdensome to the estate and this Order shall constitute an abandonment of said property; and

2. The automatic stay provisions of 11 U.S.C. Section 362 are hereby modified to the extent necessary to permit Eastman Credit Union to foreclose its lien and to pursue all other rights it may have against said property, but not against the Debtor, or any other property of the Debtor or the estate.

###

AGREED AND APPROVED FOR ENTRY:

_____ by s/ mtr permission
CARLOS ALEXANDER ANDERSON, Esq.
Attorney for Debtor
Hickman, Gray & Associates
101 Bruce Street
Sevierville, TN 37862

_____ by s/ mtr permission
W. GREY STEED
Chapter 7 Trustee
11167 Kingston Pike, Suite 4
Knoxville, TN 37934

_____
O. TAYLOR PICKARD, JR., Esq.
Attorney for Eastman Credit Union
Wilson Worley Moore Gamble & Stout PC
P.O. Box 88
Kingsport, TN 37662

2