**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**

In re

Rita Lanette Croft

    No.   3:09-bk-32951
    Chapter 7

Debtor(s).

**WITHDRAW DOCUMENT**

Document number 22 entitled, <u>DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED,</u> contained the incorrect electronic signature. Withdrawal of said document is hereby requested.

###

APPROVED FOR ENTRY BY:

/s/Ross B. Gray, BPR 020759
Hickman, Gray & Associates, PLLC.
101 Bruce Street
Sevierville, TN 37862
(865) 453-9996